**Lloyd D. FISHER, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2006–3324.**

United States Court of Appeals, Federal Circuit.

March 15, 2007.

Lloyd D. Fisher, Jr., pro se.

Before LOURIE, Circuit Judge, RADER, Circuit Judge, and BRYSON, Circuit Judge.

## ORDER

A petition for rehearing having been filed by the Petitioner,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on March 22, 2007.